JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARDO E. CASTELLANOS, | ) | Case No. EDCV 19-1575-JPR |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) the Commissioner's request for an order affirming his final decision and dismissing the action is GRANTED; (2) Plaintiff's request for an order remanding the case for further proceedings is DENIED; and (3) judgment is entered in the Commissioner's favor.

DATED: January 26, 2021

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge